

The following constitutes
the order of the court. Signed April 19, 2016

Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>JOYCELYN SAMSON,<br>　　　　　　　Debtor. | Case No. 16-50021 SLJ |
| HVB INVESTMENT INC.,<br>　　　　　　　Plaintiff,<br>v.<br>LOUIS LOPEZ,<br>　　　　　　　Defendant. | Adversary No. 16-5002 SLJ |

**ORDER REMANDING ADVERSARY PROCEEDING**

Joycelyn Samson ("Debtor") filed a skeletal Chapter 13 petition commencing the underlying bankruptcy case on January 5, 2016. On the same day, she filed a Notice of Removal, removing this unlawful detainer action from the Santa Clara County Superior Court (Case No. 115CV288167) to this court. Debtor's bankruptcy case was dismissed on February 4, 2016, for failure to file required documents.

On April 4, 2016, the court entered an Order to Show Cause re: Remand or Dismissal ("Order to Show Cause"), which requires Debtor to file a written response by April 14, 2016,

addressing the issues set forth therein.  The Order to Show Cause further states that if a written response is not timely filed, the court will dismiss or remand this proceeding at or prior to the hearing date.

No response having been filed by Debtor as of April 18, 2016, good cause appearing,

IT IS HEREBY ORDERED that the unlawful detainer action titled *HVB Investment Inc., v. Louis Lopez* (Case No. 115CV288167) is REMANDED to the Santa Clara County Superior Court.

IT IS FURTHER ORDERED that the hearing on the Order to Show Cause, set for April 28, 2016, is VACATED and no appearance is necessary.

** END OF ORDER**

| | |
|---|---|
| 1 | Court Service List [by mail and ECF] |
| 2 | |
| 3 | Joycelyn Samson |
| | 1847 Rock Spring Drive, Unit #3 |
| 4 | San Jose, CA 95112 |
| 5 | Kirkman J. Hoffman |
| | Law Offices of Kirkman J. Hoffman |
| 6 | 2021 The Alameda #275 |
| | San Jose, CA 95126 |