# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–5 | User: nortiz | Date Created: 4/20/2016 |
| Case: 16–05002 | Form ID: pdfeoapc | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty      Kirkman J. Hoffman      kirk@kirkhoffman.com

                                                                      TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
     Joycelyn Samson      1847 Rock Spring Drive, Unit #3      San Jose, CA 95112

                                                                      TOTAL: 1